UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDIOEC INC., <br><br>                           Plaintiff, <br><br> v. <br><br> SHANTOU JINGXI YOUPIN TECHNOLOGY CO., LTD. and CHEN YIBIN, <br><br>                           Defendants. | Case No. 7:21-cv-11153-KMK |

## [~~PROPOSED~~] DEFAULT JUDGMENT

This action having been commenced on December 29, 2021; and

Copies of the Summonses and Complaint having been served on Defendants Shantou Jingxi Youpin Technology Co., Ltd. and Chen Yibin ("Defendants") on January 21, 2022, by the method authorized by the Court on January 21, 2022, and proof of that service having been filed on January 26, 2021; and

Defendants not having answered the Complaint, and their time for answering the Complaint having expired, it is

ORDERED, ADJUDGED, and DECREED that default judgment is granted against Defendants, declaring that: the whoopie cushion products sold by Plaintiff, including on Amazon.com under ASIN B08SYJR76P, do not infringe any trademark rights held by Defendants, including U.S. Trademark Appl. Ser. 90514897 for the mark WHOOPIE.

Dated: _____June 7_____, 2022

_____
The Honorable Kenneth M. Karas
United States District Judge